UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANGELO SERRATO, ) <br> ) <br>         Petitioner, ) <br> ) <br>    vs. ) <br> ) <br> COUNTY DISTRICT ATTORNEY ) <br> STEVE COOLEY, et al., ) <br> ) <br>         Respondents. ) <br> _____) | No. CV 10-5052-ABC (AJW) <br><br><br><br><br> JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: 10/18/2010      _____
                             Audrey B. Collins
                             United States District Judge